# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Spoon, David Wayne     xxx-xx-4059 ) | |
| 4260 Walburg High Point Road ) | No. 11-10419 C-13G |
| High Point, NC 27265 ) | |
| ) | |
|               Debtor(s) ) | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
## AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan and recommends that the plan proposed by the above-referenced Debtor be denied confirmation, and in support of the recommendation shows unto the Court as follows:

1. The Debtor proposes a plan payment of $1,215.00 per month beginning April 16, 2011, increasing to $1,515.00 per month effective May 2011.

2. The Trustee is informed and believes based on a review of Schedules I and J that the Debtor does not have income sufficient to support the plan payment.

3. The Debtor's plan is not feasible based on information provided by the schedules.

WHEREFORE, the Trustee recommends that the Court deny confirmation of the plan.

Date: May 13, 2011                               s/Anita Jo Kinlaw Troxler
                                                                         Standing Trustee
                                                                         P.O. Box 1720
                                                                         Greensboro, NC 27402-1720
                                                                         (336) 378-9164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
)
Spoon, David Wayne     xxx-xx-4059 )
4260 Walburg High Point Road )    No. 11-10419 C-13G
High Point, NC 27265 )
)
                Debtor(s) )

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

DAVID WAYNE SPOON
4260 WALBURG HIGH POINT ROAD
HIGH POINT, NC 27265

MARY K NICHOLSON ESQ
1908 MADISON AVENUE
GREENSBORO, NC 27403

ALAN B POWELL ESQ
ROBERSON HAWORTH & REESE
P O BOX 1550
HIGH POINT, NC 27261

AMERICAN INFOSOURCE LP
P O BOX 248848
OKLAHOMA CITY, OK 73124-8848

BANK OF AMERICA
P O BOX 1598
NORFOLK, VA 23501

CLINARD OIL COMAPNY INC
% NTL CRDT SYS
117 E 24TH ST 5TH FL
NEW YORK, NY 10010

DAVIDSON COUNTY TAX COLLECTOR
P O BOX 1577
LEXINGTON, NC 27293-1577

EMPLOYMENT SECURITY COMMISSION
P O BOX 26504
RALEIGH, NC 27611-6504

FIRST POINT RESOURCES
P O BOX 26140
GREENSBORO, NC 27402

GE CAPITAL LOWES
% GRANITE ASSET MGMT
625 PILOT RD STE 2
LAS VEGAS, NV 89119

GEMB/GE MONEY BANK
P O BOX 103065
ROSWELL, GA 30076

GUILFORD COUNTY TAX
P O BOX 3427
GREENSBORO, NC 27402

HIGH POINT BANK & TRUST CO
300 N MAIN ST
HIGH POINT, NC 27260

HUTCHENS SENTER & BRITTON
P O BOX 2505
FAYETTEVILLE, NC 28302-2505

SPOON, DAVID WAYNE
11-10419  C-13G
O/C Page 2

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | STATE FARM FINANCIAL<br>3 STATE FARM PLAZA N4<br>BLOOMINGTON, IL 61791 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | TIME WARNER CABLE<br>% NCO FINANCIAL<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 |
| LOWES<br>P O BOX 25428<br>CHARLOTTE, NC 28229 | WELLS FARGO BANK NA<br>ATTN MANAGING AGENT<br>4137 121ST ST<br>URBANDALE, IA 50323 |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | WELLS FARGO BANK NA<br>ATTN REMITTANCE PROCESSING<br>P O BOX 14487<br>DES MOINES, IA 50306 |
| REGIONAL PHYSICIANS LLC<br>1720 WESTCHESTER DR<br>HIGH POINT, NC 27262-4296 | WELLS FARGO FINANCIAL NC 1 INC<br>4137 121ST STREET<br>URBANDALE, IA 50323 |
| SEARS<br>% MIDLAND CREDIT MANAGEMENT<br>8875 AERO DR<br>SAN DIEGO, CA 92123 | WFF CARDS<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 |
| SEARS<br>P O BOX 6189<br>SIOUX FALLS, SD 57117 | WFFINANCE<br>800 WALNUT ST<br>DES MOINES, IA 50309 |

Date:  May 13, 2011                                    s/ Pearleen Wimbush
                                                       Chapter 13 Office
                                                       Greensboro, North Carolina